Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIA DELA CRUZ and MIGUEL SUAREZ,

         Plaintiffs,

   -against-

MERCK & CO., INC.,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 07 Civ 8386 (CSH)

**Rule 7.1 Statement**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       October 8, 2007

                                 Respectfully submitted,

                                 HUGHES HUBBARD & REED LLP

                                 By: /s/ Vilia B. Hayes
                                    Theodore V. H. Mayer
                                    Vilia B. Hayes
                                    Robb W. Patryk

                               One Battery Park Plaza
                               New York, New York 10004-1482
                               (212) 837-6000

                               *Attorneys for Defendant Merck & Co., Inc.*